# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:                                                      CASE NUM. 24-04868-MCF

**BETHZABET GONZALEZ MARTINEZ**         CHAPTER 13

**DEBTOR(S)**

---

## AMENDED SCHEDULE A/B

**TO THE HONORABLE COURT:**

Come(s) Now Debtor(s), represented by the undersigned attorney, and represents as follows:

1-The debtor(s) inform(s) of the amended schedule A/B pursuant to Rule 1009, and the amendment is to **clarify debtor's motor vehicle correct year Honda Civic 2017.** See attached schedule and/or document for details.

**WHEREFORE** applicant(s) pray(s) from this Honorable Court to take notice of the amended schedule A/B.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to the trustee in this case and all other CM/ECF participants and have mailed to all creditors and parties in interest as per the master address list upon knowing they are non CM/ECF participants.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, December 16, 2024

                                                           **HECTOR VELAZQUEZ LAW FIRM**
                                                                      PO Box 360847
                                                                  San Juan, P.R. 00936-0847
                                                                        Tel:(787) 247-6051

                                                            **/S/ *Hector Velazquez Hernandez***
                                                                Hector Velazquez Hernandez
                                                                           USDCPR 208313
                                                               velazquezlawpr@gmail.com

Fill in this information to identify your case and this filing:

Debtor 1: **Bethzabet** **Gonzalez Martinez**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of **Puerto Rico**

Case number: **24-04868-13**

☑ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

   1.1 _____
   Street address, if available, or other description

   _____
   City    State    ZIP Code

   _____
   County

   What is the property? Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   Who has an interest in the property? Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

   Current value of the entire property? _____

   Current value of the portion you own? _____

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   _____

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number: _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here ............................................. → **$0.00**

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
   ☐ No
   ☑ Yes

Debtor __Gonzalez Martinez, Bethzabet__   Case number *(if known)* __24-04868-13__

### 3.1
| | |
|---|---|
| Make: | Honda |
| Model: | Civic |
| Year: | 2017 |
| Approximate mileage: | 86258 |
| Other information: | |

Who has an interest in the property? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $13,409.00 | $13,409.00 |

If you own or have more than one, describe here:

### 3.2
| | |
|---|---|
| Make: | Kia |
| Model: | Rio |
| Year: | 2015 |
| Approximate mileage: | 89664 |
| Other information: | |

Who has an interest in the property? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $7,730.00 | $7,730.00 |

### 3.3
| | |
|---|---|
| Make: | KTM |
| Model: | 500 |
| Year: | 2021 |
| Approximate mileage: | |
| Other information: | |

Who has an interest in the property? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $7,180.00 | $7,180.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - ☑ No
   - ☐ Yes

### 4.1
| | |
|---|---|
| Make: | |
| Model: | |
| Year: | |
| Other information: | |

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| | |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ............................................................. → **$28,319.00**

Debtor __Gonzalez Martinez, Bethzabet__   Case number (if known) __24-04868-13__

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe. ......... | Refrigerator, kitchenware, 2 bedrooms sets; Dinette and Kitchen set | $1,800.00

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe. ......... | 2 television sets 32 and 42 inches | $190.00

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe. .........

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe. .........

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe. .........

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe. ......... | clothes | $100.00

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe. ......... | Assorted jewelry and watch | $600.00

Debtor **Gonzalez Martinez, Bethzabet**  Case number *(if known)* **24-04868-13**

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No

    ☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific information. .............

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................ → $2,690.00

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own? Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No

    ☑ Yes .................................................................................................................... Cash: .................... $35.00

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No

    ☑ Yes ..................... Institution name:

    17.1. Checking account: **Banco Popular**
    **Account Number: 2920** $185.00

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No

    ☐ Yes ..................... Institution or issuer name:

Debtor **Gonzalez Martinez, Bethzabet**     Case number *(if known)* **24-04868-13**

---

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No

    ☐ Yes. Give specific information about them..........   Name of entity:     % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific information about them..........   Issuer name:

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No

    ☐ Yes. List each account separately.   Type of account:   Institution name:

    - 401(k) or similar plan:
    - Pension plan:
    - IRA:
    - Retirement account:
    - Keogh:
    - Additional account:
    - Additional account:

Debtor **Gonzalez Martinez, Bethzabet**  Case number *(if known)* **24-04868-13**

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes .................... Institution name or individual:

    | | |
    |---|---|
    | Electric: | |
    | Gas: | |
    | Heating oil: | |
    | Security deposit on rental unit: | |
    | Prepaid rent: | |
    | Telephone: | |
    | Water: | |
    | Rented furniture: | |
    | Other: | |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes .................... Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.** 26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes .................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ☐ Yes. Give specific information about them. ...

Debtor **Gonzalez Martinez, Bethzabet**     Case number *(if known)* **24-04868-13**

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    - ☒ No
    - ☐ Yes. Give specific information about them. ...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    - ☒ No
    - ☐ Yes. Give specific information about them. ...

**Money or property owed to you?**     **Current value of the portion you own? Do not deduct secured claims or exemptions.**

28. **Tax refunds owed to you**
    - ☒ No
    - ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...
      - Federal:
      - State:
      - Local:

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    - ☒ No
    - ☐ Yes. Give specific information. ........
      - Alimony:
      - Maintenance:
      - Support:
      - Divorce settlement:
      - Property settlement:

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    - ☒ No
    - ☐ Yes. Give specific information. ........

Debtor **Gonzalez Martinez, Bethzabet**     Case number *(if known)* **24-04868-13**

31. **Interests in insurance policies**

    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No

    ☐ Yes. Name the insurance company of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    |  |  |  |
    |  |  |  |
    |  |  |  |

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No

    ☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ☐ Yes. Describe each claim. ..............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No

    ☐ Yes. Describe each claim. ..............

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ........

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here  →   **$220.00**

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

    Current value of the portion you own? Do not deduct secured claims or exemptions.

Debtor: **Gonzalez Martinez, Bethzabet**   Case number (if known) **24-04868-13**

---

38. **Accounts receivable or commissions you already earned**
    - ☑ No
    - ☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    - ☑ No
    - ☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    - ☑ No
    - ☐ Yes. Describe. .........

41. **Inventory**
    - ☑ No
    - ☐ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**
    - ☑ No
    - ☐ Yes. Describe .......

    Name of entity:                                                % of ownership:

43. **Customer lists, mailing lists, or other compilations**
    - ☑ No
    - ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
        - ☐ No
        - ☐ Yes. Describe. .........

Debtor __Gonzalez Martinez, Bethzabet__   Case number *(if known)* __24-04868-13__

44. **Any business-related property you did not already list**

    ☑ No

    ☐ Yes. Give specific information ........

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ...... → $0.00

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

    ☑ No. Go to Part 7.

    ☐ Yes. Go to line 47.

    *Current value of the portion you own? Do not deduct secured claims or exemptions.*

47. **Farm animals**

    *Examples:* Livestock, poultry, farm-raised fish

    ☑ No

    ☐ Yes ..........

48. **Crops—either growing or harvested**

    ☑ No

    ☐ Yes. Give specific information. ............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

    ☑ No

    ☐ Yes ..........

50. **Farm and fishing supplies, chemicals, and feed**

    ☑ No

    ☐ Yes ..........

Debtor  Gonzalez Martinez, Bethzabet                                    Case number *(if known)* 24-04868-13

51. **Any farm- and commercial fishing-related property you did not already list**
    ☑ No
    ☐ Yes. Give specific information. ..........

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ......... → $0.00

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☑ No
    ☐ Yes. Give specific information. ..........

54. Add the dollar value of all of your entries from Part 7. Write that number here ......... → $0.00

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ......... → $0.00
56. Part 2: Total vehicles, line 5          $28,319.00
57. Part 3: Total personal and household items, line 15    $2,690.00
58. Part 4: Total financial assets, line 36    $220.00
59. Part 5: Total business-related property, line 45    $0.00
60. Part 6: Total farm- and fishing-related property, line 52    $0.00
61. Part 7: Total other property not listed, line 54    + $0.00
62. Total personal property. Add lines 56 through 61. ........   $31,229.00   Copy personal property total → + $31,229.00
63. Total of all property on Schedule A/B. Add line 55 + line 62. .........   $31,229.00

Fill in this information to identify your case:

Debtor 1 __**Bethzabet**_____ __**Gonzalez Martinez**_____
            First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing) _____ _____ _____
            First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **District of Puerto Rico**

Case number __**24-04868-13**__
(if known)

☑ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Bethzabet Gonzalez Martinez**
Bethzabet Gonzalez Martinez, Debtor 1

Date **12/16/2024**
    MM/ DD/ YYYY

**ADM COMP ACC DE AUTO (ACAA)**
249 ARTERIAL HOSTOS
DIVISION LEGAL
San Juan, PR 00918-1849

**AUTOEXPRESO**
CENTRO DE MULTAS Y VIOLACIONES
PO Box 11889
San Juan, PR 00922-1889

**Best Buy Credit Services**
PO Box 790441
Saint Louis, MO 63179

**Capital One**
PO Box 30253
Salt Lake City, UT 84130-0253

**Denisse Otero de Leon**
Calle 6 G-272
Alturas de Rio Grande
Rio Grande, PR 00745

**Department of Justice PR**
Federal Litigation Division
PO Box 9020192
San Juan, PR 00902-0192

**DIANA I MIRANDA DE JESUS**
O-13 CALLE 20 RIO GRANDE ESTATES
Rio Grande, PR 00745

**DTOP**
Apartado 41269
San Juan, PR 00940

**First Bank**
Bankruptcy Division
PO Box Box 9146
San Juan, PR 00908-0146

**Freedom Road**
PO Box Box 4597 Oak Brook
Hinsdale, IL 60522-4597

**Hector Velazquez Hernandez, Esq**
PO Box BOX 360847
San Juan, PR 00926

**Internal Revenue Service**
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

**Island Finance**
PO Box 71504
San Juan, PR 00936-8604

**Jefferson Capital Systems LLC**
PO Box 7999
Saint Cloud, MN 56302-9617

**Lcdo. Miguel A. Maza Perez**
PO Box 364028
San Juan, PR 00936-4028

**Mueblerias Berrios**
PO Box 674
Cidra, PR 00739-0674

**Syncb Rooms to Go**
PO Box Box 965036
Orlando, FL 32896-5036